UNITED STATES of America, Appellee,

v.

Frankie Louis VASQUEZ, Appellant.

Nos. 02–1749, 02–2319.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 12, 2002.

Decided Feb. 11, 2003.

Before WOLLMAN, LAY, and MAGILL, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In September of 1994, the district court[1] sentenced Frankie Louis Vasquez to 63 months of imprisonment, to be followed by three years of supervised release.

Following a March 5, 2002, revocation hearing, the district court sentenced Vasquez to 90 days of incarceration, to be followed by eighteen months of supervised release.

Vasquez now appeals from the sentence, contending that the district court erred in denying his motion for continuance of the revocation proceedings. Having reviewed the record in this highly fact-bound case, we conclude that the district court did not abuse its discretion in denying the motion and that an extended opinion would have no precedential value.

1. The Honorable Michael J. Melloy, then a United States District Judge for the Northern District of Iowa, now a member of the United States Court of Appeals for the Eighth Circuit.

The judgment is affirmed. The government's motion to dismiss the appeal as moot is denied.